DAMIAN WILLIAMS
United States Attorney
Southern District of New York
AVNI GANDHI
Special Assistant U.S. Attorney
Office of Program Litigation, Office 2
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
(404) 562-1085
Avni.gandhi@ssa.gov

**MEMORANDUM ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DORA OSORIO,

               Plaintiff,

     v.

ACTING COMMISSIONER OF SOCIAL
SECURITY,

               Defendant.

1:23-cv-03025-GWG

**COMMISSIONER'S MOTION TO
REMOVE INCORRECTLY
FILED DOCUMENTS**

PLEASE TAKE NOTICE, that the Acting Commissioner of Social Security (Commissioner), the Defendant in this case, hereby respectfully requests that an order be granted to remove Docket No. 12 from the ECF docket in this matter on the grounds that it was incorrectly filed.

The version of the administrative record that was filed as ECF Docket No. 12 on July 14, 2023, inadvertently contains the name of an individual who is not associated with Plaintiff or her case. This version of the administrative record should not have been filed. Upon learning of this error, the undersigned agency counsel promptly notified the ECF Help Desk of the erroneous filing at ECF Docket No. 12, and an error notification was added to the docket entry for ECF Docket

No. 12.  The undersigned also promptly notified Plaintiff's counsel of the error.  The undersigned also filed a modified administrative record, which has the erroneous personally identifiable information (PII) redacted, as ECF Docket No. 13.

The Commissioner respectfully moves this Court to order removal of the incorrectly filed administrative record (ECF Docket No. 12) from the Court's docket and ECF.  Daniel Berger, Esq., Plaintiff's counsel, has no objection to this request.

Dated: New York, New York
      July 19, 2023

DAMIAN WILLIAMS
United States Attorney
Southern District of New York

By:    *s/ Avni Gandhi*
AVNI GANDHI
Special Assistant U.S. Attorney
Office of Program Litigation, Office 2
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
(404) 562-1085
Avni.gandhi@ssa.gov

Attorneys for Defendant

TO (Via ECF):

Daniel Berger, Esq.
*Attorney for Plaintiff*

Granted.  The Clerk is directed to strike Docket # 12 from the record.

So Ordered.

GABRIEL W. GORENSTEIN
United States Magistrate Judge

July 20, 2023